# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| NOEL K CHIVERS ) | |
| 7512 FAIRFIELD CT ) | CASE NO. 15-05364-MH3-13 |
| FAIRVIEW, TN 37062 ) | |
| ) | JUDGE MARIAN F HARRISON |
| | |
| SSN XXX-XX-9442 | |

## ORDER TO DISALLOW CLAIM OF
## CHRISTIANA TRUST A DIV OF WILMINGTON SAVINGS FUND (PAYEE SN SERVICING CORP) COURT'S CLAIM #4

The note does not accompany the proof of claim;

The name of the creditor on the face of the proof of claim is not supported by the documents attached;

that the Trustee has served notice of the motion on the claimant, the debtor and debtor's counsel, providing them the opportunity to object to the motion; and that the Trustee has received no objection to the motion as required by Rule 9014-1 of the Local Rules of the Bankruptcy Court for the Middle District of Tennessee, it is therefore

ORDERED, that the claim asserted by the creditor below is disallowed.

    Creditor Name: CHRISTIANA TRUST A DIV OF WILMINGTON SAVINGS FUND (payee SN SERVICING CORP)
    Court's Claim Number: 4
    Account Number: xxxxxxxx4892

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.